■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN O'RAMA, Appellant. [602 NYS2d 560] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mogil, J.), rendered June 22, 1992, convicting him of attempted criminal sale of a controlled substance in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.